AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

ALAN FISCHER III
(also known as "AJ")

*Defendant*

)
)  Case: 1:22-mj-00012
)  Assigned To : Harvey, G. Michael
)  Assign. Date : 1/13/2022
)  Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ALAN FISCHER III (also known as "AJ"),

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) and (b), 2(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon); 18 U.S.C. § 231(a)(3)(Civil Disorder); 18 U.S.C. § 1752(a)(1) and (b)(1)(A)(Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon); 18 U.S.C. § 1752(a)(2) and (b)(1)A)(Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon); 18 U.S.C. § 1752(a)(4) and (b)(1)(A)(Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon); 40 U.S.C. § 5104(e)(2)(D)(Violent and Disorderly Conduct in a Capitol Building); 40 U.S.C. § 5104(e)(2)(F)(Act of Physical Violence in the Capitol Grounds or Building)

Date: 01/13/2022

*Issuing officer's signature*
G. Michael Harvey

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

City and state: Washington, D.C.

---

### Return

This warrant was received on *(date)* 1/13/22, and the person was arrested on *(date)* 1/13/22
at *(city and state)* TAMPA, FL.

Date: 1/13/22

*Arresting officer's signature*

STEVEN THOMES
*Printed name and title*