UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> ALAN FISCHER III ) <br> (Also known as "AJ"), ) <br> ) <br> Defendant. ) | Case No. 1:22-mj-00012-GMH |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The clerk of court and all authorized parties of record

I am admitted to practice in this Court; and I appear in this case as counsel for

DEFENDANT ALAN FISCHER III (also known as "AJ").

Dated February 14, 2022                    Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com